# EXHIBIT C

Eddy Salcedo, Esq. (ES-3391)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: (212) 218-5500

Bart A. Lazar, Esq. (BL-7984)
SEYFARTH SHAW LLP
131 S. Dearborn
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5986

Attorneys for Plaintiff Motorola, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

MOTOROLA, INC., a Delaware Corporation,

          Plaintiff,

      v.

GAD ABECKASER A/K/A GADI ABECKASER,
GADI'S CELL, INC. D/B/A GADICELL, INC
AND GADICELL, GADIS INC., MOBILE
CELLULAR, INC.,  VARIOUS JOHN DOES,
JANE DOES AND ABC COMPANIES,

          Defendants.

-------------------------------------------------------------x

Civil Action No.: 07-3963

**DECLARATION OF
DAVID LUKASIK IN SUPPORT OF
TEMPORARY RESTRAINING
ORDER AND ASSET RESTRAINT
ORDER**

DAVID LUKASIK, declares and states, under penalty of perjury that the following is true and correct

1.    I am the Manager of Quality for the MobileMe Division of Motorola, Inc. ("Motorola"). If called upon to testify, I could state the following based on my personal knowledge, experience and review of Motorola business records, public documents and documents obtained by the New York Police Department.

2.    As part of my responsibilities for Motorola, I am familiar with the product and packaging attributes of genuine MOTOROLA® products, including cell phones and headsets bearing the word trademark MOTOROLA® and design trademark comprised of a STYLIZED M

Design ®               ® ("Motorola Trademarks").   The Motorola Trademarks are currently registered with the United States Patent and Trademark Office and remain in use.

3.    Motorola is a Fortune 100 global communications leader that had sales of US $35.3 billion in 2005.  Our MobileMe division designs, manufactures, sells and services mobile communication products including wireless devices such as mobile phones as well as accessories used with mobile phones, including headsets.

4.    The Motorola Trademarks (including the MOTOROLA® and Stylized M® Design) have become internationally recognized and associated with high quality and innovative cellular phones and accessories.  The goodwill associated with MOTOROLA products has generated tremendous goodwill in the consuming public in the United States and throughout the world.

5.    Motorola actively promotes its trademarks and trade name, and invests a great deal of time, effort and resources in promoting the Motorola Trademarks and MOTOROLA products.  Motorola maintains strict control over its products and advertising, which prominently features the Motorola Trademarks.  . Consumers understand and recognize that MOTOROLA-branded products come from Motorola and are of high quality technology and design.

-2-

6.    I have reviewed several items purchased from Gadi's Cell, Inc. a/k/a Gadicell, Inc. by private investigators acting on Motorola's behalf,  by members of the New York City Police Department and by consumers, and I have determined them to bear counterfeit duplications of the Motorola Trademarks.  For example, I reviewed two (2) H500 model headsets purchased from Gadicell, Inc., on or about June 13, 2007 (one orange in color and one gray in color) by the New York City Police Department and determined that they bear counterfeit and unauthorized duplications of the Motorola Marks.  There are counterfeit duplications of the STYLIZED M Design directly on the products, and counterfeit duplications of the MOTOROLA® word mark and the STYLIZED M Design mark on the packaging for the products. This is clearly evidenced by, among other things: (a) the headsets generally being of inferior quality; (b) materials are used in connection with the headsets that are not consistent with the fabrication of the genuine item; (c) the manner in which the STYLIZED M Design mark is applied to the product is of poor quality; and (d) the printing of words and images on the product and packaging are of inferior quality and are not consistent with the fabrication of the genuine items and packaging for same.

7.    On September 5, 2007, I was present at 159 42nd Street, Brooklyn,  NY 11232, and 4202 Third Avenue, Brooklyn, NY 11232, both business locations for Defendants Gadi's Cell, Inc., a/k/a Gadicell, Inc. and Mobile Cellular, Inc., where search warrants were executed by the New York City Police Department.  At these locations, I observed, and New York City police officers confiscated, among other things, more than 4,000 headsets and 360 cell phones bearing  or  packaged  with  counterfeit  duplications  of  the  STYLIZED M  Design  and MOTOROLA marks and more than 62,000 counterfeit packaging inserts bearing counterfeit

duplications of the MOTOROLA and STYLIZED M Design marks. A spreadsheet showing merchandise seized by the New York Police Department is annexed as Exhibit A, and photographs of some of the items seized are annexed hereto as Exhibit B. The retail value of the merchandize seized was in excess of $500,000. Moreover, if all of the 62,000 counterfeit packaging inserts were affixed to and sold with cellular telephone headsets, the retail value of the products would be more than $5,000,000!

8.      Defendants essentially operated a factory assembly line and warehouse facilities for creating counterfeit duplications of the Motorola Marks to be placed on, among other things, packaging inserts for headsets and cell phones and then to package counterfeit headsets and cell phones and sell them. It also appears that Defendants took used or damaged head set, refurbished them, affixed counterfeit Motorola packaging to them and sold them as new Motorola items.

9.      Based on the Motorola and NYPD investigations, it appears that Defendants have engaged in a substantial wholesale counterfeiting enterprise selling millions of dollars worth of counterfeit Motorola merchandise. To give you an idea of the size of Defendants' business, Defendants' sales records show that it issued invoices for $1,178,590 in March 2007. See Exhibit C. While not all of these sales would have been counterfeit Motorola merchandise, based on the amount of counterfeit Motorola product and packaging seized at Defendants' premises, it is not unreasonable to conclude that a significant portion of those sales were, in fact, counterfeit Motorola merchandise.

10.     Defendants' counterfeiting activities were not authorized by Motorola, and there is no question that Defendants' actions were intentional, in knowing disregard of Motorola's trademark rights.   On May 23, 2007, Motorola sent a cease and desist letter to Defendant Gad Abeckaser, and Federal Express records show that Mr. Abeckaser personally signed for receipt of the letter on May 24, 2007.  See Exhibit D.  In addition, the NYPD seized notifications from U.S. Customs to Defendants in March, 2007, that they had imported counterfeit Motorola merchandise.  See Exhibit E.

11.     There is no question that Defendants move their business and/or operate simultaneously from several locations.   In addition to the locations where merchandise was seized, it is clear that Gad Abeckaser has operated his counterfeiting enterprise from his home at 1082 E. 29th Street in Brooklyn.  See Exhibit F (invoices showing sales made from this address and excerpts of New York State Department of Corporation records showing this address as the corporate office of Gadi's Cell, Inc.).   In addition to these addresses, it is believed that Defendants operate or have operated an office in Guangzhou, China.

12.     There is also no question that Defendants transferred and received substantial funds through Internet commerce, through PayPal, and sent funds to, among other places, Asia. Limited records reviewed at Defendants' locations show transactions involving banks in Guangzhou and Shen Zhen, China, and Bangkok, Thailand.  See Exhibit G.

13.     While the New York police department arrested two of Defendants' employees, they did not arrest, and have not, to Motorola's knowledge, taken any action against Gad Abeckaser or any of the Defendants. Despite the NYPD's action, Defendants appear to continue

in business in selling Motorola merchandise, and could well be continuing to sell counterfeit Motorola merchandise. <u>See</u> Exhibit H (listings by Gadicell offering to sell Motorola merchandise). As a result, it is necessary for Motorola's civil action to prevent the Defendants from continuing their transactions in counterfeit Motorola merchandise and the dissipation of Defendants' assets while this action is pending.

14.    Since it is abundantly clear that Defendants know that they have engaged in substantial counterfeiting activities and are the subject of a civil action through which Motorola is likely to be entitled to a substantial judgment, it appears that only strong, immediate action by this Court, in the form of the issuance of a temporary restraining order and asset restraint order are necessary to make sure that Motorola's remedies under the Lanham Act are effective and not thwarted.

Dated: September 28, 2007
       Libertyville, Illinois  60048


                                    _____
                                    DAVID LUKASIK

BLAZAR 257.1

# EXHIBIT A

## Site: 4202 3rd Avenue, Brooklyn, NY 11232

| Style No. | Color | Quantity | Price Per Item | Est. Total Value |
|---|---|---|---|---|
| H700 Bluetooth Headset | Silver | 1,140 | 60 | $68,400.00 |
| H500 Bluetooth Headset | Silver | 2,895 | 60 | $173,700.00 |
| H500 Bluetooth Headset | Orange | 40 | 60 | $2,400.00 |
| H700 Bluetooth Product Insert | - | 41,200 | 3 | $123,600.00 |
| H500 Bluetooth Product Insert | - | 20,800 | 3 | $62,400.00 |
| Plastic Shell with Product Insert | - | 450 | 3 | $1,350.00 |
| | | | Subtotal | $431,850.00 |

## Site: 159 42nd Street, Brooklyn, NY 11232

| Item Description | Location | Quantity | Price Per Item | Est. Total Value |
|---|---|---|---|---|
| Bluetooth with Case | 1st Floor | 924 | 60 | $55,440.00 |
| Cell Phone Casing/Shell | 1st Floor | 1 box | | |
| Cell Phone Cardboard Box | 1st Floor | 12 boxes | | |
| Bluetooth without Case | 1st Floor | 135 | 60 | $8,100.00 |
| Motorola CD-Disk | 2nd Floor | 210 | 15 | $3,150.00 |
| Razor Cell Phone in Box | 2nd Floor | 360 | 150 | $54,000.00 |
| Bluetooth Headset | 2nd Floor | 323 | 60 | $19,380.00 |
| Evidence Box with Misc. Items | - | 1 box | | |
| | | | Subtotal | $140,070.00 |
| | | | Est. Total | $571,920.00 |

# EXHIBIT B





# EXHIBIT C

**INVOICES - MARCH 2007**

| COMPANY | INV # | AMOUNT |
|---|---|---|
| 4... WIRELESS SOLUTION | 173268 | 9,540.00 |
| ALL CELL CORP. | 173231 | 150.00 |
| ARMADILLON AUDIO | 173270 | 4,320.00 |
| BIG APPLE | 173245 | 32,000.00 |
| BIG APPLE | 173245 | 4,900.00 |
| BIG APPLE | 173273 | 10,635.00 |
| CELL TECH | 173224 | 28,000.00 |
| CELL TECH | 173252 | 33,000.00 |
| CELLPHONE DESIGN | 173242 | 8,000.00 |
| CELLPHONE DESIGN | 173243 | 1,120.00 |
| CELLPHONE DESIGN | 173243 | 600.00 |
| CELLULAR FORCE | 173231 | 80.00 |
| CELLULAR SAFETY ONE | 173240 | 9,900.00 |
| CELLULAR SAFETY ONE | 173239 | 3,300.00 |
| CINDY GIGI - YOSSI | 173236 | 1,920.00 |
| CINDY GIGI - YOSSI | 173269 | 2,604.00 |
| CLOSEOUT ACCESSORIES | 173233 | 2,142.00 |
| CLOSEOUT ACCESSORIES | 173251 | 7,600.00 |
| CNCG | 173259 | 12,000.00 |
| FULLY LOADED - GANA | 173247 | 2,480.00 |
| GABY | 173223 | 12,920.00 |
| GABY | 173237 | 28,500.00 |
| GABY | 173250 | 800.00 |
| GADISCELL EBAY | 173265 | 8,340.00 |
| GSM CITY | 173238 | 26,700.00 |
| HOBBY RETAIL | 173239 | 41,500.00 |
| HOBBY RETAIL | 173205 | 81,000.00 |
| HOBBY RETAIL EBAY | 173240 | 24,200.00 |
| JC CELL | 173253 | 1,920.00 |
| JC CELL | 173264 | 2,400.00 |
| ...ELL | 173264 | 2,400.00 |
| ...OBILE | 173236 | 9,760.00 |
| JD MOBILE | 173260 | 5,600.00 |
| JD MOBILE | 173269 | 12,580.00 |
| LIVE WIRELESS | 173276 | 5,243.00 |
| MIAMI CELLULAR SHOP | 173248 | 2,200.00 |
| MONIE - STAR BEEP | 173234 | 3,750.00 |
| MONIE - STAR BEEP | 173235 | 1,750.00 |
| MONIE - STAR BEEP | 173244 | 4,320.00 |
| MR. WIRELESS | 173270 | 3,550.00 |
| MVNO JOE | 173172 | 5,088.00 |
| N1 - SHLOMO | 173261 | 5,760.00 |
| PC PLUS | 173249 | 350.00 |
| PRIME 1 ENTERPRISE | 173255 | 600.00 |
| SAL TELECOMMUNICATIONS | 173271 | 6,720.00 |
| SAL TELECOMMUNICATIONS | 173277 | 4,200.00 |
| SAL TELECOMMUNUCTIONS | 173238 | 5,600.00 |
| SAL TELECOMMUNUCTIONS | 173267 | 1,680.00 |
| SAL TELECOMMUNICATIONS | 173350 | 4,200.00 |
| SAL TELECOMMUNUCTIONS | 173238 | 2,800.00 |
| SNL WIRELESS | 173262 | 1,700.00 |
| STREET TALK - GANA | 173246 | 2,480.00 |
| STREET TALK - TZAHI | 173272 | 320.00 |
| TCT2.COM | 173158 | 13,180.00 |
| TRANS AMERICA | 173226 | 200.00 |
| TRANS AMERICA | 173232 | 130.00 |
| UNLIMITED CELL | 173222 | 230.00 |
| VALUECELL | 173231 | 1,600.00 |
| WESTSIDE COMMUN' | 173257 | 6,028.00 |
| WINNER WIRELESS | 173235 | 5,760.00 |
| WINNER WIRELESS | 173254 | 11,040.00 |
| ...ELESS WORLD | 173256 | 8,000.00 |
| ...WIRELESS | 173266 | 300.00 |
| | | 541,690.00 |

| COMPANY | INV # | AMOUNT |
|---|---|---|
| 3600 MISTICES - ELI DADIA | 173315 | 768.00 |
| 434 WIRELESS SOLUTION | 173297 | 5,250.00 |
| 451 WIRELESS | 173319 | 82,640.00 |
| A TO Z WIRELESS | 173316 | 1,430.00 |
| ARMADILLON AUDIO | 173282 | 800.00 |
| BEST DESIGNS | 173302 | 11,130.00 |
| BIG APPLE | 173279 | 10,020.00 |
| CELL TECH | 173312 | 19,936.00 |
| CELLMANIA | 173283 | 200.00 |
| CELLMANIA | 173343 | 400.00 |
| CELLPHONE DESIGN | 173292 | 960.00 |
| CELLPHONE DESIGN | 173310 | 1,000.00 |
| CELLPHONE DESIGN | 173311 | 4,400.00 |
| CELLPHONE DESIGN | 173323 | 1,000.00 |
| CELLTECH | 173323 | 10,619.00 |
| CINDY GIGI - YOSSI | 173290 | 1,287.00 |
| CINDY GIGI - YOSSI | 173335 | 37,560.00 |
| CLOSEOUT ACCESSORIES | 173277 | 440.00 |
| CLOSEOUT ACCESSORIES | 173291 | 2,770.00 |
| DEARBORN CELL | 173304 | 886.00 |
| DEARBORN CELL | 173326 | 10,600.00 |
| GABY | 173308 | 1,100.00 |
| GABY | 173320 | 600.00 |
| GADISCELL EBAY | 173288 | 8,649.00 |
| GADISCELL EBAY | 173341 | 13,785.00 |
| GLOBAL AMERICAN-MOURAD | 173278 | 395.00 |
| HOBBY RETAIL | 173295 | 9,000.00 |
| HOBBY RETAIL | 173327 | 7,722.00 |
| HOBBY RETAIL | 173335 | 10,670.00 |
| HOBBY RETAIL | 173340 | 1,000.00 |
| JD MOBILE | 173275 | 52,168.00 |
| JD MOBILE | 173285 | 8,160.00 |
| JD MOBILE | 173314 | 16,140.00 |
| JD MOBILE | 173305 | 49,803.00 |
| KC SOLUTIONS | 173280 | 107.00 |
| KC SOLUTIONS | 173299 | |
| LOURDES GROUP | 173324 | 8,000.00 |
| MONIE -STAR BEEP | 173330 | 4,320.00 |
| MONIE -STAR BEEP | 173342 | 6,750.00 |
| MR. WIRELESS | 173343 | 6,314.00 |
| MVNO JOE | 173300 | 9,340.00 |
| MVNO JOE | 173331 | 13620.00 |
| N1 SHLOMO | 173301 | 6,240.00 |
| N1 SHLOMO | 173336 | 1,260.00 |
| RTV WIRELESS | 173307 | 1,200.00 |
| SAL TELECOMMUNICATIONS | 173298 | 30,750.00 |
| SAL TELECOMMUNICATIONS | 173337 | 9,120.00 |
| SHACHAR - ISRAEL | 173309 | 11,200.00 |
| SPEED WIRELESS | 173286 | 5,350.00 |
| SPEED WIRELESS | 173322 | 10,100.00 |
| STREET TALK - GANA | 173329 | 17,760.00 |
| TELMART WIRELESS | 173334 | |
| TEXAS WIRELESS | 173277 | 151.00 |
| TOMMER OSCER | 173325 | 49,650.00 |
| TOTAL WIRELESS - BILLY | 173281 | 2,400.00 |
| TOTAL WIRELESS - BILLY | 173313 | 960.00 |
| TOTAL WIRELESS - BILLY | 173318 | 960.00 |
| WESTERN ELECTRONICS | 173317 | 3,200.00 |
| WINNER WIRELESS | 173328 | 15,360.00 |
| WINNER WIRELESS | 173339 | 8,000.00 |
| WORLD CELLULAR | 173321 | 31,500.00 |
| | | 636,900.00 |

541,690.00
636,900.00
TOTAL: **1,178,590.00**

# EXHIBIT D

May 23, 2007

<u>BY FEDERAL EXPRESS</u>

GadisCellInc.
1082 E 29th st
Brooklyn, NY 11210

Re:     <u>Infringement of MOTOROLA Marks</u>

To Whom It May Concern:

It has recently come to Motorola's attention that you are engaged in the manufacture, distribution offer for sale and/or sale of [headsets, batteries] and/or other goods that contain counterfeit duplications of on or more of Motorola's registered trademarks, including, but not limited to the MOTOROLA and or M Logo Design ("the Motorola Marks") ("Counterfeit Motorola Merchandise").

**It has come to Motorola's attention that eBay account, GADISCELLINC, is offering to sell Motorola branded counterfeit Bluetooth Headsets.**

Please be advised that the manufacture, distribution and/or sale of Counterfeit Motorola Merchandise causes damage to Motorola, the Motorola Marks and Motorola's goodwill.  Please be advised that the Motorola may be entitled to, among other things, seek an award of statutory damages of up to $100,000 per counterfeit mark used by you, and, if Motorola can demonstrate that your use of any counterfeit mark was willful, statutory damages from you in an amount up to $1,000,000 for each counterfeit Motorola Mark you have used, plus its attorney's fees and costs in taking action against you.

While Motorola could successfully pursue legal action, Motorola would prefer to try and resolve matters directly with you if we can reach a prompt agreement.   In order to do so, Motorola hereby demands that you immediately cease and desist from the sale of Counterfeit Motorola Merchandise.   If you continue to engage in the sale of Counterfeit Motorola Merchandise, you will leave Motorola with no other choice but to consider pursuing the legal remedies available to it under federal and state law.   If you force Motorola to take such action, Motorola may refer this matter to outside counsel and we will then seek reimbursement of our legal fees and costs in doing so.

In order to avoid forcing Motorola to take legal action against you, Motorola requires that you immediately cease selling Counterfeit Motorola Merchandise and provide Motorola with certain information related to your transactions in Counterfeit Motorola Merchandise.

Therefore, Motorola demands that you:

1.     Immediately cease transacting business in Counterfeit Motorola Merchandise, including ceasing the offer for sale and/or sale of Counterfeit Motorola Merchandise in stores in or through the Internet and/or through other means;

2.      Voluntarily turnover to us all Counterfeit Motorola Merchandise which is currently in your possession and control;

3.      Voluntarily disclose and describe to us the ownership of your business, its locations, and the precise nature of your transactions of business in Counterfeit Motorola Merchandise (including the names and other identifying information (i.e. addresses, e-mail addresses, names, nicknames, screen names, PayPal account numbers, e-mail addresses, phone numbers, cell phone numbers, license plates, make of vehicle, dates and times of deliveries, etc.) of the persons or entity(ies) from whom you purchase Counterfeit Motorola Merchandise); and

4.      Voluntarily provide to us all documents which demonstrate the scope of your manufacture, importation, purchase, distribution, offer for sale and/or sale of Counterfeit Motorola Merchandise (including your PayPal records, banking records and/or credit card statements showing your payments in purchasing the Counterfeit Motorola Merchandise), as well as any documents which identify the person(s) or entity(ies) from whom you purchase Counterfeit Motorola Merchandise.

Finally, we also demand that you sign this letter, evidencing your agreement to cease transacting business in Counterfeit Motorola Merchandise.

Once Motorola has the opportunity to review the information you have provided to us, we will contact you to discuss whether or not we need any additional information in order to resolve this matter amicably through some form of monetary payment to Motorola.

This letter is sent without waiving any of Motorola's rights or remedies in this matter, all of which are expressly reserved.  We look forward to hearing from you.

Regards,

Dave Lukasik
Motorola Inc.
MD: W1-21X
600 N. U.S. Highway 45
Libertyville, IL
847-523-2408

I, .........................., agree to cease all business transactions related to Counterfeit Motorola Merchandise, including, but not limited to the manufacture, distribution, purchase, offer for sale and/or sale of same.

Signature:      _____

Title:      _____

Date:      _____

Case 1:07-cv-03965-JG-SMG   Document 14-4   Filed 01/21/09   Page 18 of 37 PageID #: 134

**FedEx** US Airbill
Express

Airbill Number 8564 0939 2789 0200

Packages up to 150 lbs.

**1 From** Please print and press hard.

Date 05/23/07

Sender's FedEx Account Number 142 997 827

Sender's Name DAVE LUKASIK

Phone (847) 523 2408

Company MOTOROLA, INC.

Address 600 N. U.S. HIGHWAY 45

City LIBERTYVILLE   State IL   ZIP 60048

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.                OPTIONAL

**3 To**

Recipient's Name                            Phone ( )

Company GADISCELL INC.

Recipient's Address 1082 E 29TH ST.
We cannot deliver to P.O. boxes or P.O. ZIP codes.                Dept./Floor/Suite/Room

Address
To request a package be held at a specific FedEx location, print FedEx address here.

City BROOKLYN   State NY   ZIP 11210

---

**4a Express Package Service**                Packages up to 150 lbs.

[X] FedEx Priority Overnight
[ ] FedEx Standard Overnight
[X] FedEx First Overnight

[ ] FedEx 2Day
[ ] FedEx Express Saver

**4b Express Freight Service**                Packages over 150 lbs.

[ ] FedEx 1Day Freight
[ ] FedEx 2Day Freight
[ ] FedEx 3Day Freight

**5 Packaging**

[X] FedEx Envelope
[ ] FedEx Pak
[ ] FedEx Box
[ ] FedEx Tube
[ ] Other

**6 Special Handling**

[ ] SATURDAY Delivery
[ ] HOLD Weekday
[ ] HOLD Saturday

Does this shipment contain dangerous goods?
One box must be checked.

[ ] No
[ ] Yes
[ ] Yes
[ ] Dry Ice
[ ] Cargo Aircraft Only

**7 Payment** Bill to:

[X] Sender
[ ] Recipient
[ ] Third Party
[ ] Credit Card
[ ] Cash/Check

Total Packages      Total Weight      Total Declared Value

**8 NEW Residential Delivery Signature Options**

[ ] No Signature Required
[X] Direct Signature
[ ] Indirect Signature

520

---

**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

# FedEx®

US Home

Español

Information Center | Customer S

Search

| Package / Envelope Services | Office / Print Services | Freight Services | Expedited Servi |

| Ship | Track | Manage My Account | International Tools |

Track Shipments
## Detailed Results

Printable Version    Quick Help

| Tracking number | 856409392789 | Delivered to | Residence | Wrong Address? |
|---|---|---|---|---|
| Signed for by | G.ABECKASER | Service type | First Overnight | Reduce future mistal |
| Ship date | May 23, 2007 | | Envelope | FedEx Address Chec |
| Delivery date | May 24, 2007 9:20 AM | | | |
| Status | Delivered | | | Tracking a FedEx Sr Shipment? |
| Signature image available | No | | | Go to shipper login |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 24, 2007 | 9:20 AM | Delivered | | |
| | 8:30 AM | On FedEx vehicle for delivery | BROOKLYN, NY | |
| | 8:23 AM | At local FedEx facility | BROOKLYN, NY | |
| | 7:23 AM | At dest sort facility | JAMAICA, NY | |
| | 3:43 AM | Departed FedEx location | MEMPHIS, TN | |
| | 1:22 AM | Arrived at FedEx location | MEMPHIS, TN | |
| May 23, 2007 | 11:35 PM | Departed FedEx location | CHICAGO, IL | |
| | 10:17 PM | Arrived at FedEx location | CHICAGO, IL | |
| | 9:36 PM | Left origin | WAUKEGAN, IL | |
| | 4:55 PM | Picked up | WAUKEGAN, IL | |

Take 15% off
list rates on eligible
FedEx Express®
online shipments.

Learn more >>

| Signature proof | E-mail results | Track more shipments |

Subscribe to tracking updates (optional)

Your Name:                                    Your E-mail Address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ▓ | ☐ |
| | English | ▓ | ☐ |
| | English | ▓ | ☐ |
| | English | ▓ | ☐ |

Select format: ◉ HTML  ○ Text  ○ Wireless

Add personal message:

# EXHIBIT E



6747 Engle Road
Middleburg Heights, OH 44130

**U.S. Customs and
Border Protection**

March 06, 2007

Port of Cleveland Case No.
2007-4196-100844

Mobile Cellular Inc.
159 42ⁿᵈ St.
Brooklyn, NY 11232

Dear Sir/Madam:

You are hereby notified that under CFR § 133.21, your importation of (1029) Manuals, (1087) Boxes, (100) Liners, (99) Power Cords, (99) Data Cables and (99) Software seized by the Bureau of Customs and Border Protection, Port of Wilmington, Ohio on March 02, 2007, as bearing counterfeit of the registered U.S. trademark:

Description of Trademark: Motorola
U.S. Customs Recordation Number: TMK 02-0483
U.S. Patent & Trademark Office Registration Number: 1,680,185

The appraised domestic value of the merchandise was determined $2446.00.

In accordance with 19 CFR § 133.21, Customs Regulations (Title 19, Code of Federal Regulations), implementing Section 526 of the Tariff Act, as amended, Title 19, United States Code, Section 526 (19 U.S.C. § 1526(e), articles bearing counterfeit trademarks are subject to seizure and forfeiture.

Under the provisions of Title 19, United States Code, Section 1618, you may petition for relief from the above liability. The enclosed Notice of Seizure and Information for Claimants explains your options with regard to the remission of the forfeiture of seized property. If you wish to petition for relief from forfeiture, you must provide an express agreement to defer judicial or administrative forfeiture proceedings until completion of the administrative process. Completion of the enclosed Election of Proceedings form will provide this express agreement.

Your petition for relief must be received within 30 days from the date of this notice and should be filed in triplicate at the following address: 6747 Engle Road, Middleburg Heights, Ohio 44130. If you have any questions, please contact Paralegal Specialist, Elaine Norris, at the above telephone number.

Sincerely,

Tessie Douglass
FP&F Officer

Enclosure



# *Notice of Arrival*

Pages including cover page: _____

Date: *3-29-07*

To: *Mobile Cellular*

From:  Import Customer Service
Phone: 859-817-8990
Fax: 413-803-3840  or  859-817-8096
Email:  Cvggw.Import@dhl.com

HAWB: *8514824953*

Please provide the following information necessary to clear this shipment through U.S.
Customs:

___  Consignee contact name and phone number
___  Federal Tax ID Number or Social Security Number
     **Proof in form of any document issued by the IRS verifying the IRS# you are providing**
___  Invoice          ___ Value Breakdown     ___ Country of origin
___  Detailed description and use *(for classification purposes, if HTS not available)*
___  Actual value          ___ Repair value
___  Fiber Content%,    ___ Knit or Woven        ___ Gender      ___ Denim Stmt
___  Name and Address of Manufacturer
___  Footwear Detail Sheet
___  U. S. Customs Form 2877
___  U. S. Customs Form 3299
___  Dram Statement
___  Power of Attorney
___  Bearing Reimbursement Statement
___  Watch / Clock Worksheet
___  Reason for return
 ☒  Shipment requires Import / Authorization to import products bearing the trademark of
     *Motorola*
___  Require Fair Market Value, Corrected Invoice with correct value, and proof of purchase
     or sales contract along with reason for difference in values

*Please note we require this information to make proper entry with US Customs.  We apologize for
the inconvenience this has caused and appreciate your cooperation. If info not received by*
*4-10*  your shipment will be returned to origin
Thank you                      *Abandoned to US Customs*

DHL Express
ILN Gateway
236 Wendell H Ford Blvd



3/29/07

MOBILE CELLULAR INC
159 42ND STREET
BROOKLYN, NY 11232

RE: 8514824953

Dear Sir/Madam,

The above referenced shipment has been denied entry into the United States due to possible violation of certain trademark and/or trade name rights registered with the U.S. Patent and Trademark Office. Title 19 U.S.C. §§ 1526(a) and (b) prohibits the importation of foreign-made merchandise, if the merchandise, or its packaging or labeling, bears a registered trademark or trade name owned by a U.S. citizen or corporation, which is recorded with U.S. Customs.

Documentation from the person or corporation that registered the trademark or trade name is required to obtain U.S. Customs release. Please forward the requested documents to:

> DHL Express (USA), Inc.
> 236 Wendell H Ford Blvd
> M/S 1207
> Erlanger, KY
> Attn: Import Customer Service
> E-mail: cvggw.import@dhl.com
> Fax: 859-803-3840 or 859-817-8096
> Phone: 859-817-8990

Failure to provide the requested documents with 10 calendar days will result in the above referenced shipment being abandoned to, and destroyed under, U.S. Customs supervision. DHL Express reserves the right to abandon under our terms and conditions of carriage agreed to at the time of shipping. (i.e. "Shipper shall indemnify and hold DHL harmless for any loss or damage arising out of Shipper's failure to comply with any applicable laws or regulations and for Shipper's breach of ... applicable customs, import, export and other laws and regulations...").

Sincerely,

Import Customer Service

DHL Express (USA), Inc.

236 Wendell H. Ford Blvd.
MS-1306
Erlanger, KY 41018-1253

859-817-8225

www.dhl.com

No. 851 482 495 3   Page 1

**DHL**
EXPRESS

http://www.dhl.com

851 4824 953

Charge to: ☐ Shipper ☐ Receiver ☐ 3rd party   ☐ Cash
Payer Account No. 661103633
☐ Cheque
☐ Credit Card

Shipment Insurance see reverse
☐ Yes insured value (in local currency)

Shipper's account number: 661103633   Contact name: Cathy

Shipper's reference (up to 2) characters but only first 12 will be shown on invoice)

Company name: Ge Link Parts

Address: Room 301#, che Bei, Tianhe
Guangzhou, GuangDong
Postcode/Zip Code (required): 510660   Phone, Fax or E-mail (required): 13719350033

Company name: Mobile cellular Inc

Delivery address: OHL cannot deliver to a PO Box
159 42ND Street
Brooklyn NY. 11032

Postcode/Zip Code (required): 11232   Country: U.S.A
Contact person: Simon   Phone, Fax or E-mail (required): 718-788-6935

Total number of packages: 3   Total Weight

Give content and quantity:
GIFT BOX   红色电话本 样。  1pc
CATALOG   手机用品 样。  200 pcs

Shipper's VAT number   Receiver's VAT/GST number

Declared Value for Customs: USD 520   Harmonised Commodity Code

TYPE OF EXPORT: ☐ Permanent   ☐ Repair / Return   ☐ Temporary

Signature   4/13/07

# MANUFACTURING INSTRUCTION
## DECLATATION
### 制造声明书

兹证明由 DHL 承运的此票快件 AWB：（ 85148249\57 ）

中的物品是我厂（公司）生产、制造（有权销售）的产品，并非假冒其

他品牌和仿造其他品牌的产品，如果由此产生涉及知识产权法律的纠

纷，由我工厂（公司）自行负责，特此声明！

It is certify that the goods shipped by DHL（ 85148249\57 ）

is Manufactured by our company (factory) (it has the authority to sell it).It

does not counterfeit or fake another brand. If there are any law issues about

property rights，our company (factory) will answer for the responsibility.

签 名（signature）：

盖 章（stamp）：

时 间（time）：



# COMMERCIAL INVOICE STATEMENT

**SHIPPER: GO LINK PARTS**
**CONSIGNEE COMPANY: MOBILE CELLULAR INC**
**SHIP BY: DHL AWB 8514824953**
**SHIP DATE: 2007-March-27**
**ADDRESS: 159 42ND STREET**
**BROOKLYN NEWYORK 11232**
**TEL: 718-788-4935**
**ATTENTION: SIMON**
**GUANGZHOU FOB**

| Full description Of Goods | Quantity | Item Value | Total Value For Customs |
|---|---|---|---|
| GIFT BOX | 400PCS | USD 1.15 | USD 460.00 |
| CATALOG | 200PCS | 0.60 | 120.00 |
| SAMPLES | | | Total: USD580.00 |
| NO COMMERCIAL VALUE | | | FOB |
| COUNTRY OF ORIGINAL: | | | GUANGZHOU |
| MADE IN CHINA | | | |

Manufactory Name: XAMEN WEIXIN FACTORY
Address: 312# XIANLIE LU FANGNAN BUILDING
XIA MEN FUJIAN, CHINA 586600

SIGNATURE: _____ CATHY
COMPANY STAMP: GO LINK PARTS

## The Statement of Non – Solid Wood Packing Material
### (非木质品包装声明)

To : US Authority;

It is stated that this shipment No.(HAWB) _8514824953_ ,

Piece(s) ___7___ , weight _____ kgs, does not contain any wood

packing material .

Exporter Name: _____

Signature (or chop) : _____

Date : _____

# EXHIBIT F

# GADIS CELL INC

1082 EAST 29STREET
BROOKLYN,NY,11210
PHONE 718-986-2020 / 718-758-1333 FAX 718-758-1313

**DATE:**          October 22, 2006
**INVOICE #173038**

JD MOBILE 2\YAREEV
**814 AVENUE V**
BROOKLYN NY 11223
917-731-0452

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| GADDY | | | | | COD |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 300 | MOTOROLA V551 RB | $ 68.00 | $ 20,400.00 |
| 300 | MOTOROLA V620 RB | 86.00 | 25,800.00 |
| 300 | MOTOROLA V300 RB | 63.00 | 18,900.00 |
| 500 | MOTOROLA V220 RB | 46.00 | 23,000.00 |
| 200 | MOTOROLA V635 RB | 110.00 | 22,000.00 |
| 200 | WEP 150 | 14.50 | 2,900.00 |
| 500 | H500 BLACK | 19.00 | 9,500.00 |
| 500 | H500 SILVER | 19.00 | 9,500.00 |
| 100 | H500 BLUE | 19.00 | 1,900.00 |
| | | SUBTOTAL | $ 133,900.00 |
| | | TAX RATE | |
| | | I OWE YOU | |
| | | SHIPPING & HANDLING | |
| | | **TOTAL** | $ 133,900.00 |

**THANK YOU FOR YOUR BUSINESS!**

# GADIS CELL INC

159 42nd STREET
BROOKLYN, NY 11232
TEL: 718-788-4936 / 718-986-2020 / FAX: 718-788-4937

**DATE:**  June 20, 2007
**INVOICE #**  173583

**NAVADA CELL, INC.**
3111 S. VALLEY BLVD
SUITE B-119
LAS VEGAS, NV 89102
E-MAIL: ramilevi@hotmail.com

| SALESPERSON | P.O. NUMBER | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| GADDY | | 6/19/2007 | UPS - GROUND | | |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 50 | MOTOROLA V400 | $ 60.00 | $ 3,000.00 |
| 50 | MOTOROLA V551 | 60.00 | 3,000.00 |
| 50 | MOTOROLA V3i | 140.00 | 7,000.00 |
| 50 | MOTOROLA V3 BLACK | 105.00 | 5,250.00 |
| 31 | MOTOROLA V3 GOLD | 105.00 | 3,255.00 |
| 18 | MOTOROLA V3 SILVER | 105.00 | 1,890.00 |
| 41 | MOTOROLA V3 PINK | 105.00 | 4,305.00 |
| 50 | SAMSUNG E315 | 65.00 | 3,250.00 |
| 46 | MOTOROLA V220 | 40.00 | 1,840.00 |
| 32 | MOTOROLA V180 | 35.00 | 1,120.00 |
| 26 | MOTOROLA V300 | 60.00 | 1,560.00 |
| 100 | JABRA BT350 | 25.00 | 2,500.00 |
| 50 | NOKIA 6111 | 120.00 | 6,000.00 |
| 23 | MOTOROLA U6 | 105.00 | 2,415.00 |
| 50 | X830 | 245.00 | 12,250.00 |
| 50 | MOTOROLA V3i DG | 165.00 | 8,250.00 |
| 50 | NOKIA 6230 | 110.00 | 5,500.00 |
| 50 | NOKIA 6103 | 95.00 | 4,750.00 |
| 50 | SAMSUNG D500 | 120.00 | 6,000.00 |
| | SUBTOTAL | | $ 83,135.00 |
| | TAX RATE | | |
| | I OWE YOU | | |
| | SHIPPING & HANDLING | | 1,450.00 |
| | TOTAL | | $ 84,585.00 |

**THANK YOU FOR YOUR BUSINESS!**

EXHIBIT G

Name of bank: china construction bank pudong branch,
Add: world financial building no.201 yin cheng
        East road pudong shanghai china
Name of Beneficiary: Zhang xuefeng
A/C no. 1214579980110185493
Swift code: bofaus3n 6550990082
Intermediary bank: bank of America, New York

# EXHIBIT H

*International Wireless Dealer Market*   **Americas WDM**   **EU WDM**   **Post Ad**   **<< Back to Previous Page**
Full Menu...

## Back
To Main Page

## ALL ADS
For Company

[ Search These Ads ]

WTS MOTOROLA V220, V551 ,V188 RB IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA V980 RB  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA SNN5760A BATTERY  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA V180 IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA V220 RB  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS IN STOCK MOTOROLA V620 RB  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS IN STOCK MOTOROLA V300 RB  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA V600  *Gadiscell, Inc.*  **OEM PRICES**  *9/25/2007*
WTS MOTOROLA V3 RB  *Gadiscell, Inc.*  **OEM PRICES**  *9/24/2007*
WTS:MOTOROLA A1000E OEM BN 1 YEAR WARRANY  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA V191 OEM BACK BATTERY DOOR MASTER  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA V262 OEM BACK BATTERY DOOR MASTER  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA V188 OEM BATTERY DOOR MASTERCARTO  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA V265 OEM MANUALS MASTER CARTON  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA U6 MANUALS OEM MASTER CARTON  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:MOTOROLA E815 OEM MANUALS MASTER CARTON  *Gadiscell, Inc.*
**OEM PRICES**  *9/20/2007*
WTS:JABRA BT-350 BRAND NEW IN BULK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:SAMSUNG WEP 200 A -STOCK WHITE IN STOCK  *Gadiscell, Inc.*
**OEM PRICES**  *9/18/2007*
WTS:MOTOROLA H500 ORIGINAL IN BULK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:SAMSUNG X830 BRAND NEW IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:SAMSUNG E 600 IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:LG M4410 IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:SAMSUNG E800 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*
WTS:MOTOROLA E398 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*
WTS:MOTOROLA A1000E BRAND NEW IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:MOTOROLA V975 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*
WTS:MOTOROLA V980 REFURBISHED IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*
WTS:MOTOROLA V3 BLACK IN STOCK ANY QUANTITY  *Gadiscell, Inc.*
**OEM PRICES**  *9/18/2007*

Case 1:07-cv-03963-JG-SMG   Document 14-4   Filed 01/21/09   Page 35 of 37 PageID #: 151

Wireless Industry Association - Las Vegas - Houston - London

__Back To Main Page__ **Search Returns** _International Wireless Dealer_

   **CLICK HERE**

**CONTENTS:**   < [ **Search** ]

Search Help   Top-Search User Admin.

**1**

**WTS MOTOROLA V220, V551 ,V188 RB IN STOCK** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA V980 RB** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA SNN5760A BATTERY** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA V180 IN STOCK** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA V220 RB** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS IN STOCK MOTOROLA V620 RB** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS IN STOCK MOTOROLA V300 RB** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA V600** _Gadiscell, Inc._ **OEM PRICES** _9/25/2007_

**WTS MOTOROLA V3 RB** _Gadiscell, Inc._ **OEM PRICES** _9/24/2007_

**WTS:MOTOROLA A1000E OEM BN 1 YEAR WARRANTY** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA V191 OEM BACK BATTERY DOOR MASTER** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA V262 OEM BACK BATTERY DOOR MASTER** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA V188 OEM BATTERY DOOR MASTERCARTO** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA V265 OEM MANUALS MASTER CARTON** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA U6 MANUALS OEM MASTER CARTON** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:MOTOROLA E815 OEM MANUALS MASTER CARTON** _Gadiscell, Inc._ **OEM PRICES** _9/20/2007_

**WTS:JABRA BT-350 BRAND NEW IN BULK** _Gadiscell, Inc._ **OEM PRICES** _9/18/2007_

**WTS:SAMSUNG WEP 200 A -STOCK WHITE IN**

STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:MOTOROLA H500 ORIGINAL IN BULK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:SAMSUNG X830 BRAND NEW IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:SAMSUNG E 600 IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:LG M4410 IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:SAMSUNG E800 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*

WTS:MOTOROLA E398 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*

WTS:MOTOROLA A1000E BRAND NEW IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:MOTOROLA V975 IN STOCK  *Gadiscell, Inc.*  **REFURBISHED Phones**  *9/18/2007*

WTS:MOTOROLA V980 REFURBISHED IN STOCK  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

WTS:MOTOROLA V3 BLACK IN STOCK ANY QUANTITY  *Gadiscell, Inc.*  **OEM PRICES**  *9/18/2007*

1